DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

|  |  |
|---|---|
| Widallys Rivera-Quinones <br> *Plaintiff(s)* <br> v. <br> DDR Caribbean Property Management LLC, et als <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 15-2249-JAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DDR del Sol LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*JOSE CARLOS VELEZ-COLÓN, ESQ.*
*EDIFICIO JOAQUÍN MONTESINO*
*CALLE ROSSY ESQ. ISABEL II*
*SUITE 109-B*
*BAYAMÓN, P.R. 00961*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

ALEXANDRA ROBLEDO
Deputy Clerk

Date: 9/23/2015

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Widallys Rivera-Quinones )
*Plaintiff(s)* )
v. ) Civil Action No. 15-2249-JAF
)
DDR Caribbean Property Management LLC, et als )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DDR Caribbean Property Management LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*JOSE CARLOS VELEZ-COLÓN, ESQ.*
*EDIFICIO JOAQUÍN MONTESINO*
*CALLE ROSSY ESQ. ISABEL II*
*SUITE 109-B*
*BAYAMÓN, P.R. 00961*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 9/23/2015

ALEXANDRA ROBLEDO
**Deputy Clerk**
*Signature of Clerk or Deputy Clerk*

COPY