AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| WIDALLYS RIVERA QUIÑONES<br>*Plaintiff*<br>v.<br>DDR CARIBBEAN PROPERTY MANAGEMENT<br>*Defendant* | )<br>)<br>) Case No.  15-2249<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 DDR CARIBBEAN PROPERTY MANAGEMENT LLC and DDR DEL SOL LLC                                          .

Date:    10/20/2015

*Attorney's signature*

CARLOS M. HERNANDEZ BURGOS 224814
*Printed name and bar number*

PO BOX 364148
SAN JUAN, PR 00936-4148

*Address*

hernandezc@reichardescalera.com
*E-mail address*

(787) 777-8819
*Telephone number*

(787) 765-4225
*FAX number*