UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**WIDALLYS RIVERA QUIÑONES on behalf of her minor child, A.V.R.,**

        **Plaintiff,**

v.                                          Case No. 3:15-cv-02249-JAF

**DDR CARIBBEAN PROPERTY MANAGEMENT LLC, DDR DEL SOL LLC,**

        **Defendant.**
_____/

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the District Court for the District of Puerto Rico which requires a corporation appearing as a party in any proceeding to file a Disclosure Statement, "identifying all parent companies, subsidiaries, and affiliates that have issued shares to the public," the undersigned counsel for defendants, DDR CARIBBEAN PROPERTY MANAGEMENT LLC and DDR DEL SOL LLC, both Delaware limited liability companies, certifies that the following companies, which are related to defendants, have issued shares to the public:

    DDR Corp.

Respectfully submitted.

We hereby certify that on this same date I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 20th day of October, 2015.

                              **REICHARD & ESCALERA**
                              PO BOX 364148
                              San Juan, PR 00936-4148
                              Phone: (787) 777-8888
                              Fax: (787) 765-4225

                              **/s/ CARLOS M. HERNÁNDEZ-BURGOS**
                              hernandezc@reichardescalera.com
                              USDC-PR 224814